1 | BUCHALTER
  | A Professional Corporation
2 | MATTHEW L. SEROR (SBN: 235043)
  | 18400 Von Karman Avenue, Suite 800
3 | Irvine, CA  92612-0514
  | Telephone: 949.760.1121
4 | Fax: 949.720.0182
  | Email:   mseror@buchalter.com
5 |
  | Attorneys for Plaintiff
6 | MORGAN FABRICS CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MORGAN FABRICS CORPORATION, a Illinois Corporation, | Case No. |
|---|---|
| Plaintiff, | **COMPLAINT FOR:** |
| vs. | **COPYRIGHT INFRINGEMENT;** |
| GUM TREE FABRICS, INC., a Mississippi Corporation; DOES 1-10, inclusive, | **JURY TRIAL DEMANDED** |
| Defendants. | |

Plaintiff Morgan Fabrics Corporation ("Plaintiff") for its Complaint against Defendant Gum Tree Fabrics, Inc. ("Defendant"), and DOES 1-10 inclusive (collectively, "Defendants"), alleges as follows:

## Jurisdiction & Venue

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq.*

2. This Court has subject matter jurisdiction over this Complaint pursuant to 28 U.S.C. §§ 1331 and 1338 (a) and (b) and the Copyright Act.

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) insofar as a substantial part of the acts and omissions giving rise to the claims occurred in this district and each of the defendants can be deemed to reside in this judicial district for venue purposes.

## The Parties

4. Plaintiff is a corporation organized and existing under the laws of the State of Illinois. Plaintiff has a principal place of business of 4265 Exchange Ave., Vernon, California 90058, and is authorized to do business in the state of California.

5. Plaintiff is informed and believes, and on that basis alleges, that Defendant Gum Tree Fabrics, Inc. is a corporation organized and existing under the laws of the state of Mississippi, with a principal place of business located at 4002 South Eason Boulevard, Tupelo, Mississippi 38804.

6. Plaintiff is informed and believes, and on that basis alleges, that Defendant is subject to personal jurisdiction in this judicial district as a result of Defendant's extensive business dealings in this this district. Plaintiff is informed and believes, and on that basis alleges, that Defendant maintains a warehouse in this judicial district from which it transacts business, including the selling of its products to customers in California and in the western United States. Plaintiff is also informed and believes, and on that basis alleges, that Defendant employs at

least one sales representatives in California for the purposes of marketing and selling Defendant's products in California and in the western United States.

7. Plaintiff is informed and believes and, thereon alleges, that Defendants DOES 1 through 10, inclusive, are other-as-of-yet unidentified parties who have infringed Plaintiff's copyrights, have contributed to the infringement or have otherwise engaged in the wrongful acts alleged herein. The true names of Defendants 1 through 10 are presently unknown to Plaintiff, which, therefore, sues said Defendants by such fictitious names. Plaintiff will seek leave to amend this Complaint with their true names and capacities once ascertained.

8. Plaintiff is informed and believes, and thereon alleges. that at all times relevant hereto, each of Defendants was the agent, employee, alter-ego, affiliate, officer, director, manager, and/or principal of the other Defendants and was at all times relevant hereto acting within the course and scope of such agency relationship, employment, alter-ego relationship or affiliation. Plaintiff is further informed and believes, and thereon alleges, that each Defendant actively participated in, or subsequently ratified each of the acts and conduct alleged herein with full knowledge of all the facts and circumstances attendant thereto, including the rights of Plaintiff and the damage to be sustained by Plaintiff as a result of the acts and conduct alleged herein.

9. Plaintiff designs and manufacturers unique and original two-dimensional artwork that it features on the fabric which it then sells to its customers. Fabrics bearing Plaintiff's original designs are used on, among other products, fine home furnishings, bedding, and in recreational vehicles.

10. Among Plaintiff's catalogue of original two-dimensional designs is a design designated by Plaintiff as: Alessio HTS (the "Alessio HTS Design"). The Alessio HTS Design has been registered with the United States Copyright Office and assigned Registration No. VA 2-166-397. Plaintiff owns all rights in and to the Alessio HTS Design.

11. The Alessio HTS Design was created by Plaintiff in or about 2018, and Plaintiff has been marketing, offering for sale and selling the Alessio HTS Design to its customers since its creation.

12. Prior to the acts of infringement alleged herein, Plaintiff widely disseminated fabric bearing the Alessio HTS Design to various parties in the home furnishing, hospitality and recreational vehicle industries. The Alessio HTS Design has been featured at trade shows and marketed to manufacturers and retailers across the United States. The Alessio HTS Design is featured on pieces of furniture that are sold in thousands of retail locations nationwide.

13. Plaintiff is informed and believes, and on that basis alleges, that following its sale and dissemination of the Alessio HTS Design, the Defendants, and each of them, offered for sale, sold and distributed fabric and/or products features a design that was substantially similar to the Alessio HTS Design without Plaintiff's permission, consent or authorization.

14. A side-by-side comparison of the Alessio HTS Design (on the left) and the infringing design sold by Defendant (on the right) demonstrates that the two designs are identical or substantially similar:



## First Claim for Relief

## (Copyright Infringement)

15. Plaintiff repeats and incorporates by reference the allegations contained in Paragraphs 1 through 14 as if fully set forth herein.

16. Plaintiff is informed and believes, and on that basis alleges, that prior to the act of infringement complained of herein, Defendant had access to the Alessio HTS Design through: (a) Plaintiff's samples; (b) products in the marketplace made with lawfully printed and obtained fabric bearing the Alessio HTS Design; (c) fabric or products bearing illegally obtained copies of the Alessio HTS Design; or (d) Plaintiff's showroom and/or marketing activities.

17. Defendants infringed Plaintiff's rights in the Alessio HTS Design by creating, manufacturing, and developing directly infringing works and/or derivative works based upon the Alessio HTS Design that infringe upon Plaintiff's rights. Plaintiff is informed and believes, and based thereon alleges, that Defendant infringed Plaintiff's rights in the Alessio HTS Design by offering for sale, selling, displaying and distributing the infringing copies of the Alessio HTS Design to its customers and clients.

18. Defendant infringed Plaintiff's rights in the Alessio HTS Design by selling, offering for sale, displaying and/or distributing fabric containing the Alessio HTS Design without Plaintiff's authorization.

19. Due to Defendant's acts of infringement, Plaintiff has suffered damages in an amount to be determined at trial.

20. Due to Defendant's acts of copyright infringement as alleged herein, Defendant has obtained profits that it would not otherwise have realized but for its infringement of the Alessio HTS Design. Plaintiff is entitled to disgorgement of Defendant's profits attributable to the infringement of the Alessio HTS Design in an amount to be established at trial.

21. Plaintiff is informed and believes, and on that basis alleges, that Defendant's acts of infringement were undertaken with actual or constructive knowledge of Plaintiff's rights. As a result, Defendant's acts of copyright infringement were, and are, intentional, malicious, willful and undertaken without regard to Plaintiff's rights.

### Prayer for Relief

Therefore, Plaintiff prays for judgment against Defendant as follows:

1. That Defendant be enjoined from manufacturing, offering for sale, selling, displaying, distributing or otherwise trafficking in any product that infringes upon Plaintiff's rights in the Alessio HTS Design;

2. That Plaintiff be awarded all profits and financial gains of Defendant resulting from the acts of infringement, in addition to all losses of Plaintiff, the exact sum of which will be proven at the time of trial, or if elected before final judgment, statutory damages pursuant to 17 U.S.C. §§ 101, *et seq.*;

3. For Plaintiff's attorney's fees and the costs as permitted under the Copyright Act, 17 U.S.C. §§ 101, *et seq.*

4. For pre-judgment interest as allowed by law;

5. For an award of Plaintiff's costs of this action; and

6. Such other relief as this Court deems just and reasonable.

DATED: August 16, 2021    BUCHALTER
　　　　　　　　　　　　　A Professional Corporation


By:   /s/ *Matthew L. Seror*
　　　　　MATTHEW L. SEROR
　　　　Attorneys for Plaintiff
　　　　MORGAN FABRIC CORPORATION

## JURY TRIAL DEMAND

Plaintiff Morgan Fabric Corporation demands a trial by jury on all issues so triable in this matter.

DATED: August 16, 2021

BUCHALTER
A Professional Corporation

By:   /s/ *Matthew L. Seror*
      MATTHEW L. SEROR
      Attorneys for Plaintiff
      MORGAN FABRIC CORPORATION